# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00510-CR

**Douglas Craig Ford, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 27TH DISTRICT COURT OF BELL COUNTY,
### NO. 82635, THE HONORABLE JOHN GAUNTT, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Douglas Craig Ford seeks to appeal a judgment of conviction for the second-degree felony offense of burglary of a habitation with intent to commit assault. *See* Tex. Penal Code § 30.02(c)(2). The trial court has certified that (1) this is a plea-bargain case and Ford has no right of appeal, and (2) Ford has waived the right of appeal. Accordingly, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Triana and Smith

Dismissed for Want of Jurisdiction

Filed: September 22, 2022

Do Not Publish